IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WREMBUREN JONES                                                                          PLAINTIFF

v.                                    Case No. 1:18-cv-01045

DR. JOSEPH DELUCA, Ouachita
County Detention Center ("OCDC");
NURSE SHERYL MENDENHALL, OCDC;
and JAMES BOLTON, Jail Administrator, OCDC                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 11, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 21) be granted in part and denied in part. Specifically, Judge Bryant recommends that Defendants' Motion for Summary Judgment be granted as to Plaintiff's individual and official capacity claims against Defendants Bolton and Mendenhall, and Plaintiff's official capacity claims against Defendant DeLuca. Judge Bryant further recommends denying Defendants' Motion for Summary Judgment as to Plaintiff's individual capacity claims against Defendant DeLuca.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 29) *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 21) is hereby **GRANTED IN PART AND DENIED IN PART**. Plaintiff's individual and official capacity claims against Defendants Bolton and Mendenhall, and Plaintiff's official capacity claims against Defendant DeLuca are hereby **DISMISSED WITH PREDJUDICE**. Plaintiff's individual capacity claims against Defendant DeLuca remain.

**IT IS SO ORDERED**, this 2nd day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge